```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                   :

BHAWATIE KASI,                                      :

                                                         Plaintiff,       :
                                                                     :              1:24-cv-7952-GHW

                                   -against-                       :
                                                                     :                     ORDER

A&H SECURITY SERVICES, LLC.,          :

                                                  Defendant.     :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on October 21, 2024. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than November 4, 2024. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: October 21, 2024

                                                                                      _____
                                                                                        GREGORY H. WOODS
                                                                                 United States District Judge