```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
BHAWATIE KASI,                                               :
:
:
          Plaintiff,                                         :
:                   1:24-cv-7952-GHW
          -against-                                          :
:                   ORDER
A&H SECURITY SERVICES, LLC.,                                 :
:
          Defendant.                                         :
:
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated October 21, 2024, Dkt. No. 7, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than November 19, 2024. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's October 21, 2024 order forthwith and in any event no later than November 22, 2024.

      SO ORDERED.

Dated: November 20, 2024
New York, New York

                                                GREGORY H. WOODS
                                         United States District Judge