```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                      :
BHAWATIE KASI,                                        :
                              Plaintiff,              :
                                                      :           1:24-cv-7952-GHW
              -against-                               :
                                                      :                ORDER
A&H SECURITY SERVICES, LLC,                           :
                                                      :
                              Defendant.              :
                                                      :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      For the reasons stated on the record during the conference held on April 15, 2025, Plaintiff's application for a protective order to prevent Defendant from serving a subpoena on and taking the deposition of Plaintiff's former spouse, Dkt. No. 19, is denied.  Additionally, the parties' request for an extension of time to complete fact discovery solely for the purpose of taking this deposition, Dkt. No. 19, is granted.  The deadline for the completion of all fact discovery is extended to May 6, 2025.  Except as expressly modified by this order, the case management plan entered by the Court on November 26, 2025, Dkt. No. 17, remains in full force and effect.

      SO ORDERED.

Dated:  April 15, 2025
New York, New York
                                                GREGORY H. WOODS
                                            United States District Judge